# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| BUILDING RESILIENT INFRASTRUCTURE & DEVELOPING GREATER EQUITY, INC., <br>      *Plaintiff,* <br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU *and* RUSSELL VOUGHT, *in his official capacity as Acting Director, Consumer Financial Protection Bureau,* <br>      *Defendants.* | Case No. 8:25-cv-1367 |

## JOINT NOTICE OF EXEMPTION FROM CASE MANAGEMENT REPORT, PROPOSED SUMMARY-JUDGMENT SCHEDULE, REQUEST TO EXCEED PAGE LIMITS, AND EXTENSION OF DEFENDANTS' ANSWER REQUIREMENT

The Parties understand that this case is exempt from the requirement to file a case management report under Middle District of Florida Local Rule 3.02, given that this case meets the exception in Local Rule 3.02(d)(2) as "an action for review on an administrative record." Local Rule 3.02(d)(2); *see also* Fed. R. Civ. Proc. 26(f); Dkt.1. Further, the Parties anticipate that the Court can resolve this case on cross-motions for summary judgment. Accordingly, the Parties jointly propose the following to assist the Court's orderly disposition of this case:

*First*, the Parties propose the following summary-judgment briefing schedule:

- Defendants shall produce to Plaintiff the Administrative Record, 5 U.S.C. § 706; *see Camp v. Pitts*, 411 U.S. 138, 142 (1973) (per curiam), and file a certified index of its contents, within 40 days after the Court's ruling on Plaintiff's pending Motion For Preliminary Injunction, Dkt.23.

- Plaintiff shall file its Motion For Summary Judgment and supporting Memorandum within 60 days after the Court's ruling on the pending Motion For Preliminary Injunction, Dkt.23.

- Defendants shall file their combined Cross-Motion For Summary Judgment and supporting Memorandum and Opposition to Plaintiff's Motion For Summary Judgment within 45 days from Plaintiff's filing of its Motion For Summary Judgment.

- Plaintiff shall file its combined Opposition to Defendants' Cross-Motion For Summary Judgment and Reply in support of its Motion For Summary Judgment within 30 days from Defendants' filing of their Combined Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion For Summary Judgment.

- Defendants shall file their Reply in support of their Cross-Motion For Summary Judgment within 21 days from Plaintiff's filing of its Combined Opposition and Reply.

- The Parties shall file jointly an Appendix including all portions of the Administrative Record relied upon in the summary-judgment briefing within seven days from Defendants' filing of their Reply in Support of their Cross-Motion For Summary Judgment. The Appendix shall include the full Notice of Proposed Rulemaking and Final Rule.

*Second*, because the Parties' proposed briefing schedule envisions combined briefings, which is not accounted for in the Court's Local Rules, the Parties request leave to adopt the following page limitations:

- 30 pages for Plaintiff's Motion For Summary Judgment and supporting Memorandum;

- 35 pages for Defendants' combined Cross-Motion For Summary Judgment and supporting Memorandum and Opposition to Plaintiff's Motion for Summary Judgment;

- 20 pages for Plaintiff's combined Opposition to Defendants' Cross-Motion For Summary Judgment and Reply in support of its Motion For Summary Judgment; and

- 15 pages for Defendants' Reply in support of their Cross-Motion For Summary Judgment.

The Parties agree that these page limits are necessary to fully develop and explain the legal principles and the complex factual and administrative background relating to the CFPB's Final Rule and the PACE industry. This also provides each party 50 pages, which is less than the 52 pages contemplated by the Local Rules, if leave is granted to file a reply. *See* Local Rule 3.01(a)-(d).

*Finally*, the Parties jointly stipulate to extend the deadline for the Defendants' Answer to Plaintiff's Complaint, Dkt.1, to 30 days following any decision by this Court denying Plaintiff's and Defendants' motions for summary judgment.

Respectfully submitted, July 21, 2025.

/s/ *Joseph Frisone*
Joseph Frisone (VA Bar No. 90728)
Andrea Matthews (MA Bar No.694538)
*Senior Counsel*
Joseph.Frisone@cfpb.gov
Andrea.Matthews@cfpb.gov
(202) 435-9287
(202) 407-2324

Mark Paoletta
*Chief Legal Officer*
Daniel Shapiro
*Deputy Chief Legal Officer*
Victoria Dorfman
*Senior Legal Advisor*
Christopher Deal
*Assistant General Counsel for Litigation*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
*Attorneys for Defendants*

/s/ *Misha Tseytlin*
MISHA TSEYTLIN*
*Counsel of Record*
KEVIN M. LEROY*
CARSON A. COX*
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Dr., Suite 4100
Chicago, Illinois 60606
(608) 999-1240 (MT)
misha.tseytlin@troutman.com

JOHN S. GIBBS III
Florida Bar No. 91102
ALEXANDER J. HILL*
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street N.E., Suite 3000
Atlanta, Georgia 30308
Phone: (404) 885-3000
Email: evan.gibbs@troutman.com (SG)
**Admitted pro hac vice*
*Attorneys for Plaintiff*