# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 24, 2026

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 26-10508-H  ; 25-14109 -HH
Case Style: Building Resilient Infrastructure & Developing v. Consumer Financial Protection Bureau, et al
District Court Docket No: 8:25-cv-01367-TPB-NHA

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135    Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument: 404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 25-14109
_____

BUILDING RESILIENT INFRASTRUCTURE & DEVELOPING
GREATER EQUITY, INC.,

                              *Plaintiff-Appellant*,

versus

CONSUMER FINANCIAL PROTECTION BUREAU,
ACTING DIRECTOR, CONSUMER FINANCIAL
PROTECTION
BUREAU,

                              *Defendants-Appellees*.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:25-cv-01367-TPB-NHA
_____

_____

No. 26-10508
_____

BUILDING RESILIENT INFRASTRUCTURE & DEVELOPING

2                         Order of the Court                         25-14109

GREATER EQUITY, INC.,

                                                                        *Plaintiff-Appellant,*

versus

CONSUMER FINANCIAL PROTECTION BUREAU,
ACTING DIRECTOR, CONSUMER FINANCIAL
PROTECTION
BUREAU,

                                                                        *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:25-cv-01367-TPB-NHA

_____

Before GRANT, LUCK, and BRASHER, Circuit Judges.

BY THE COURT:

    Appellant's motion for an injunction pending appeal is DENIED, as it has not made the requisite showing. *See Nken v. Holder*, 556 U.S. 418, 434, 129 S. Ct. 1749, 1761 (2009).

    Appellant's motion to consolidate is GRANTED. Appeal nos. 25-14109 and 26-10508 are CONSOLIDATED.

    The consolidated appeals will proceed with the briefing filed in no. 25-14109. Within 7 days after the date of this order, the parties are DIRECTED to refile their briefs and appendices from no. 25-14109 as their briefs and appendices in this appeal.